# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ALANNA VONA,** | : | **CIVIL ACTION** |
| *Plaintiff,* | : | |
| | : | |
| v. | : | |
| | : | |
| **PROGRESSIVE SPECIALTY** | : | |
| **INSURANCE COMPANY,** | : | |
| *Defendant.* | : | **NO. 23-cv-00742** |

# O R D E R

**AND NOW,** this 22nd day of September 2023, it having been reported that the issues between the parties in the above action have been settled (counsel letter attached as Exhibit A) and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is

**ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to the agreement of counsel without costs.

BY THE COURT:

/s/ Chad F. Kenney

**CHAD F. KENNEY, JUDGE**

Civ. 2 41.1(b) (3/18)

# EXHIBIT A

# Fox Law p.c.

JOHN F. FOX, JR.

ATTORNEYS AT LAW

WWW.FOXLAWPHILLY.COM
JOHNFOX@FOXLAWPHILLY.COM

PHONE: (215) 568-6868
FAX: (215) 568-2352

MAILING ADDRESS:
PO BOX 220
PLYMOUTH MEETING, PA 19462

September 22, 2023

Via Email

Honorable Chad F. Kenney
US District Court for the
Eastern District of Pennsylvania
11613 US Courthouse
601 Market Street
Philadelphia, PA 19106

   Re: Alanna Vona vs Progressive Advanced Insurance Company
      Civil Action No. 23CV00742

Dear Judge Kenney:

  Please be advised that I represent plaintiff Alanna Vona with respect to the above matter. I am pleased to report to Your Honor that the above matter has settled. The parties will be exchanging closing papers in the very near future.

  This matter was scheduled by Your Honor for trial to commence on November 6, 2023.

  If you should have any questions, please do not hesitate to contact me.

  Thank you for your consideration in this matter.

             Respectfully,

             */s/ John F. Fox, Jr.*
             John F. Fox, Jr.

JFF/am

cc: David R. Friedman, Esqure – via email